FILED

Aug 16  2 44 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT RESOURCES RECOVERY RECOVERY AUTHORITY<br>Plaintiff, | : <br> : <br> : <br> : |
| v. | : Case No. : 3:03-cv-79 |
| MURTHA CULLINA, LLP, ET AL.<br>Defendants | : <br> : August 12, 2004 |

### PETITION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 15 of the United States District Court for the District of Connecticut, Brenda M. Hamilton, an attorney of record for the defendant, Kenneth Lay, et al., in the above-entitled action, petitions the Court for permission to withdraw her appearance filed on or about April 17 2003 as an attorney of record for the defendant, Kenneth Lay. This petition is based on the grounds that undersigned counsel is resigning her employment at the law firm of Rome McGuigan, P.C. Attorney Glenn E. Coe of the firm of Rome McGuigan, P.C. continues to actively represent defendant, and has an appearance on file.

Brenda M. Hamilton
Federal Bar No.: ct023683
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
Phone: (860)549-1000
Fax: (860) 724-3921
Email: bhamilton@rms-law.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class U.S. mail, postage prepaid, this 12th 13th day of August, 2004, to the following:

Attorney General Richard Blumenthal
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

William H. Prout, Esq.
Wiggin & Dana LLP
One Century Tower
New Haven, CT 06508

David L. Belt, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orand Street
P.O. Box 606
New Haven, CT 06503-0001

William J. Melley, III, Esq.
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

Stephen James Curley, Esq.
Law Offices of Stephen James Curley
733 Summer Street, Suite 302
Stamford, CT 06901

Louis R. Pepe, Esq.
Richard Harvey Goldstein, Esq.
PEPE & HAZARD
Goodwin Square
Hartford, CT 06103-4302

James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff
88 Field Point Road
P.O. box 2508
Greenwich, CT 06836-2508

Michael G. Durham, Esq.
Steven M. Barry, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan
Concept Park
741 Boston Post Road
Guilford, CT 06437

Michael Joseph Walsh, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106

John F. Conway, Esq.
Loughlin, FitzGerald, Kamp, Henrici, Molloy, Rizzo & Reed
150 South Main Street

2

Wallingford, CT 06492

Ethan A. Levin-Epstein, Esq.
Jeffrey S. Bagnall
Garrison, Levin-Epstein, Chimes & Richardson
405 Orange Street
New Haven, CT 06511

*Brenda M. Hamilton* (signature)
Brenda M. Hamilton

11665-3//382877

3

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726