**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

August 17, 2004

3:03cv79 (JBA) Connecticut Resources Recovery Authority v Murtha Cullina, LLP, et al

<u>NOTICE TO COUNSEL</u>

WE HAVE TRANSFERRED THE ABOVE-CAPTIONED CASE FROM THE DOCKET OF THE HONORABLE GERARD L. GOETTEL, SENIOR UNITED STATES DISTRICT JUDGE, TO THE DOCKET OF THE HONORABLE JANET BOND ARTERTON, UNITED STATES DISTRICT JUDGE, WHO SITS IN NEW HAVEN. COUNSEL SHOULD FILE ALL FUTURE FILINGS WITH THE OFFICE OF THE CLERK, 141 CHURCH STREET, NEW HAVEN, CT 06510. THE INITIALS JBA SHOULD APPEAR AFTER THE CASE NUMBER.

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK