**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CONN. RESOURCES RECOVERY**      :

**v.**                              :   **NO. 3:03cv79 (JBA)**

**MURTHA CULLINA, ET AL**           :

**ENDORSEMENT ORDER [DOC. #97]**

Petition for Withdrawal of Appearance [doc. #97] is GRANTED. The Courts notes the Appearance on the record of Attorney Coe.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: August  , 2004**